IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JULIUS MARKS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv832-MHT |
| | ) | (WO) |
| CARTER DAVENPORT, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit challenging his inmate classification. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of January, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**